Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>STEPHENS INVESTMENTS, INC., et al.,<br><br>    Defendants. | No. 1:12-cv-00285-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 10, 2012         MOORE LAW FIRM, P.C.


                              /s/Tanya E. Moore
                              Tanya E. Moore
                              Attorneys for Plaintiff Natividad Gutierrez

///

*Gutierrez v. Stephens Investments, Inc., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

# **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: April 10, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Gutierrez v. Stephens Investments, Inc., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 2