1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No.  1:12-cv-00285-AWI-SMS |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| STEPHENS INVESTMENTS, INC., et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 10, 2012             MOORE LAW FIRM, P.C.


                                 /s/Tanya E. Moore
                                 Tanya E. Moore
                                 Attorneys for Plaintiff Natividad Gutierrez

///

*Gutierrez v. Stephens Investments, Inc., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

# **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   April 10, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE